Exhibit A to the Complaint

**Location:** San Diego, CA  **IP Address:** 174.65.70.207
**Total Works Infringed:** 25  **ISP:** Cox Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 13B62E32383D99A5F1215C2F7034C78F3350C962<br>File Hash: 48F6F0356753A5BAC9DC5EA620E0C75DB3F75AE8AE009130EF8BF2EADC91314B | 11-09-2021 10:21:54 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 2 | Info Hash: 8430E9C2F82FAE15DDBCA4B238A0EAF2AC310C9A<br>File Hash: 96241D77BA4EF13C8572B3933F22D78A32EE36FB06CEBF5CE9970715397E514C | 09-10-2021 16:33:03 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 3 | Info Hash: 8252ABDDE32F5F82AB89A5767CF6B6851D5FA270<br>File Hash: DC9608186B6DF8DCE988E4EC4D8C20DCC4B2AE5856A4FA51CE0B911AF7E3E7FD | 09-10-2021 16:10:40 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 4 | Info Hash: BEB0E8EE4FC6CA16BB1F818D2B0D09A895850627<br>File Hash: D929CA95D160578233E76EBE23264D107F06A952B6E3B0DF45260BBCF6E04149 | 06-30-2021 19:14:02 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |
| 5 | Info Hash: BA5179C17A6E0ED8E5DEF1AAE751F3E371D5E253<br>File Hash: C0A6ABD7BADF27DA6ED556263C1B8A58967E5A4473E7B4C7CB722C68FD862D28 | 06-25-2021 01:01:20 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 6 | Info Hash: ACCA6EF9B08DB18EBA925626E38B5913BFB7E277<br>File Hash: 11A7DCC21412C354425CB6394BA3A1C3CBFE842E11A26D1B1479F15331C2F12F | 06-09-2021 17:55:01 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 7 | Info Hash: 59CD9CDA302E5BC9345A20DB1D0C757492F227F9<br>File Hash: 406F3BFF8F68BAFF37FB2FAC809863B76D257E5F3EA928E68003DC8C36A1471B | 02-22-2021 08:30:46 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 8 | Info Hash: 762449C64B6C5833DC12E5B7BB3DA3D2954BEB45<br>File Hash: 56063E8C4B782AF51B6B16E96F9F5A615D619AF49CF09C28E9D5E3A4010C4E87 | 02-18-2021 05:15:53 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DC51BC65295AEE5DC56843D1E2A3CE91668DE8FE<br>File Hash: 9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 01-21-2021 04:33:25 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 10 | Info Hash: 164FB115829CD6A4BFD89AAA072B4FFDA956D14E<br>File Hash: D4C84094F7E1BA8253E7FF39313BA55D7E652CF3106FCBAB7B18E45F4AFC025E | 12-26-2020 16:37:33 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 11 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-21-2020 16:50:28 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 12 | Info Hash: 623664DB91C56CCBDD3B77BADAE7AF7D76D9A817<br>File Hash: AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 08-31-2020 08:08:24 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 13 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74<br>File Hash: 66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 07-28-2020 23:15:53 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 14 | Info Hash: 9289F4D5F2495AB1ADDDC2A3A4595ED47F28EA1A<br>File Hash: C9ABD6B56C75E6B0D6090F8A4925A49EBFAB9BC30EEE7E9BACA017D37E324EFA | 05-06-2020 07:42:29 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 15 | Info Hash: C2EC587127665FDCF54D01A0DB8280EF2A0F88A1<br>File Hash: D02CC1E3D14E4026056C7755E86419B2B5DED35E789E0E5016AE623A7F2ACF42 | 04-12-2020 17:47:44 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 16 | Info Hash: 76816BBDEC0DCE811FAAE01C303A4C6CD9ED87BE<br>File Hash: 71948541D57950C584EC3A7D0ED65A5BDD67A5EF347BA82B983A90A12EC91B26 | 04-05-2020 11:49:45 | Tushy | 01-11-2019 | 01-22-2019 | PA0002147904 |
| 17 | Info Hash: 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC<br>File Hash: 8077C3FBC1D2DF2C1B18C89D56CA471A09DAB8C87CF5E5C9BA33BE5BD9128134 | 03-30-2020 17:57:47 | Tushy | 08-09-2017 | 08-17-2017 | PA0002077673 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 03-12-2020 16:45:04 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 19 | Info Hash: B1DC2E868A54648101AD7130422957426580731A<br>File Hash: 74A0266904CA6FF20AA3993DCBE17C44B0D3796C6898FEFEBAC1B4E07116BA5E | 03-12-2020 16:18:19 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 20 | Info Hash: EDAA460FA5995B02EF111997AAC1E210CA5669F6<br>File Hash: 0829DF93B4275DBD9530B05670C1363A5DE11847C031BCDA13AC68A958BCA495 | 03-09-2020 14:11:32 | Tushy | 04-06-2017 | 06-05-2017 | PA0002050769 |
| 21 | Info Hash: E387CEDBD7EF06CBFF93F4826B3FCB19DE942B07<br>File Hash: 605C20956F134BB82CDAC0D1933C6989E48775BDE2130B6B5D488FCD6268B043 | 03-02-2020 16:39:21 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 22 | Info Hash: 3568D5765CEB262499147A907C57C3769ED5A38C<br>File Hash: CD1BCBBD66A9E5D362636057900A9C083527C05763FE5A8B1A554A1647552B01 | 02-23-2020 04:36:01 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 23 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 01-20-2020 09:31:23 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 24 | Info Hash: 67D77278A573BF3ED002BA4F70AD59C8CAE9FF8A<br>File Hash: CFA740DF2743A5B14E04AFF4354EF79FF97DD1B8FB89753305464B4B8BC3A0D8 | 12-04-2019 15:09:57 | Blacked Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |
| 25 | Info Hash: 2D1BBC3EDC4292008BA31F08663C522EC5D142A6<br>File Hash: 974A8E5FA1CC325E1BF682850A82888E76D55A8B7B82654D46B500635D723C1C | 11-22-2019 16:11:45 | Tushy | 02-05-2019 | 02-22-2019 | PA0002155146 |